OFFICE OF DISCIPLINARY COUNSEL ET AL. *v.* NASRALLAH.

[Cite as *Disciplinary Counsel v. Nasrallah* (1993), 67 Ohio St.3d 238.]

(No. 93–871—Submitted June 15, 1993—Decided September 8, 1993.)

240

*J. Warren Bettis,* Disciplinary Counsel, and *Diana L. Chesley,* Assistant Disciplinary Counsel, for relator.

*Leppla Associates* and *Gary J. Leppla,* for respondent.

*Per Curiam.* We agree with the board's findings of fact, conclusions of law, and recommendation. Accordingly, we suspend respondent from the practice of law for two years, with the suspension stayed upon the conditions set forth in the stipulations and recommended sanction and restitution, and upon the further conditions recommended by the panel. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

WRIGHT, J., dissents in part because he would suspend only eighteen months of the two-year suspension.